

FILED

05/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0600

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0600

_____

DEBORAH L. HERRINGTON,

      Petitioner and Appellee,

v.

MICHAEL STEVEN ROGERS,

      Respondent and Appellant.

_____

O R D E R

This Court dismissed the above-referenced appeal on April 7, 2020, for the reason that the Order of Protection issued by the Yellowstone County Justice Court against Appellant Michael Steven Rogers had expired of its own terms and the appeal therefore was moot. Rogers petitions for rehearing, alleging that he has suffered collateral consequences as a result of the order of protection, including that he lost his concealed weapon permit and has a foster parenting certificate that he will lose. Appellee Deborah Herrington has not responded.

Having reviewed Rogers's petition, the Court agrees that there may be collateral consequences from the Order of Protection and it is appropriate to address the appeal on the merits.

IT IS THEREFORE ORDERED that the petition for rehearing is GRANTED and the April 7, 2020 order of dismissal is WITHDRAWN. An opinion will issue in due course.

The Clerk is directed to provide copies of this Order to all parties.

DATED this 19 day of May, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices